## JONES *v.* FRITSCHLE.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MISSOURI.

No. 59.   Argued November 22, 1872. — Decided January 6, 1873.

Dismissed because the amount in controversy does not give the court jurisdiction.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

This controversy relates only to certain land in Macon County, Missouri, the value of which, as stated in the answer, was one thousand dollars. This statement is confirmed by the evidence. The amount in controversy, therefore, does not exceed two thousand dollars, and we have no jurisdiction of the case on appeal.

*The appeal must be dismissed.*

*Mr. James A. Buchanan* for appellant.

*Mr. J. C. Robinson* for appellee.

---

## DIAZ *v.* UNITED STATES.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF CALIFORNIA.

No. 97.   Submitted February 10, 1873. — Decided March 3, 1873.

*Pico* v. *United States*, 2 Wall. 279, and *Peralta* v. *United States*, 3 Wall. 434, followed.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

I am instructed to say that the decree in the Circuit Court for the District of California is affirmed on the authority of *Pico* v. *United States*, 2 Wall. 279, and *Peralta* v. *United States*, 3 Wall. 434. It is not thought necessary to do more than to refer to these cases. *Affirmed.*

*Mr. S. O. Houghton* for appellant.

*Mr. Attorney General* for appellee.